2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  Pro Se ___

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

9th District Federal Courts, California, Arizona.
Districts of Central, Southern, and Phoenix, Prescott
380 Front Street Rm 4240, 312 North Spring St.,
401 W. Washington St. Spc 1 Phoenix, Az 85003-2118
San Diego Ca, 92101    Los Angeles Ca, 90012

6  James Lynn O'Hines                    Case no.
                                          #CV-08-172  FRCP 34.3.23.45.
7         v.                              18 USC § 793; 18 USC § 1201
8  Kenneth S. Countryman P.C. Esq. (et al.)  In forma pauperis 28 USC § 1915
9  Does: One to Five, Fed. R. Civil P. 5(c).

10                          '08 CV 0174 BTM RBB

11 Petitioner sues Attorney of record, K.S. Countryman P.C. as C.9.0.
12 affiliate of GEICO Ins. Co. and All-State Ins. Co. of
13 Kern, Kings, County of California and San Diego County with,
14 c.c.p.o.n. / p.o.a. union Calif., Ariz. Dept. of Corr c/o
15 SSU parollee unit w/ SDPD, DEA, INS., F.B.I., CIA.
16 Does 1 to 5 er/as Fed. R. Civil proc. 5.(c) Numerous defendants.
17
18         Espionage Act and Federal Kidnapping Act, 1 Am.
19 Jur. 2d Abduction and Kidnapping § 14 at 185 1994, and Federal
20 Tort Claim's Act, 35 Am Jur. 2d (F.T.C.A. § 1 at 296
21 1967.), Judge Andrew G. Klein, duplicitous appeal, private person, federal
22 employees, impossible fued, state to state, interdepartmentally
23 Missouri, California, to Arizona and Illinois.) Enclosed as Tort No 2.#
24
25 Volume 17 A of the Arizona revised statutes prohibit certain conduct.
26 Pursuant to Rule 17 Ariz. R. S ct., the complaint may be expunged in
27 three years. Conduct of pre-meditated or pre-conceived conspiracy as
28 case law: Chicago Miracle Temple Church Inc. v. Fox  N.D. Ill. 1995 901

(1) Tort No. 1.#

1. F.Supp. 1333 pre-conceived conspiracy (see 7.5 (1)). Is a
2. claim hereby set forth of petitioner trapped in a "Badger Game"
3. with local authorities state to state to capture someone in a
4. compromising position, threat of prosecution or exposure as a
5. cover-up for "off the record, interdepartmental investigations"
6. state to state by active supervision: (Patrick v. Burger 486
7. U.S. 94 100-01 108 S.Ct 1658 1663 (1988). ... sic ...
8. stems from the recognition that where a party is
9. engaging in the anti-competitive activity there is a
10. real danger that he is acting to further his own
11. interest, rather than that of the states, adverse to
12. policy and Dept. of Corr. objective for Re-habilitation of
13. felons. This "Real Interest" is racially, sexually, religiously,
14. reverse-discriminatory by use of conglomerated to state with
15. private contract community services divisions providers to public
16. a non-profit anti-competitive affiliate practicing affirmative
17. action in the course of Behavioral science analysis, (the study
18. of human behavior, psychology, sociology, anthropology); the
19. defendant(s) have practiced "espionage": statute: 18 USC § 793
20. upon plaintiff state to state that has exposed liabilities for
21. failed services contract(s), ineffective assistance of counsel
22. upon appeal, and denied liberty interests.
23.     The "Calandra Rule" in re: property illegally taken by
24. police (4th Amend. U.S. Const.) United States v. Thompson 414 US 338
25. 941 S.Ct 613 (1984)  42 USC § 1983 Torts, civil statute(s)
26. Cause of action: Contract ☒ 110 Insurance All State, GEICO
27. Ins. Companies: Torts ☒ 362 Medical Malpractice - personal
28. injury. I.N.S. Deportation ☒ 460 and Forfeiture./ Penalty
(2) 29. Cause of action: ☒ 625 Drug related seizure of property

pending San Diego County case(s): James Lynn Hines v. Cor. Rep. Dir. Ms. Jane Shell et al. parole & C.S.O. supervisor and James Lynn Hines v. Wood filed 12.12.07 orders for re-assignment of cases to out-of-county judge(s) case no.: 2007-00078120 CU-PO-CTL & 2007-00078121 CU-CO-CTL. Civil complaints at 220 W. Broadway, San Diego, Ca. 92101 tele. no. 619-531-3795. (330 W. Broadway San Diego Ca. 92101-3827.#). "Accessory before the fact." State v. White NJ 1984 484 B 2d 691 98 NJ 122 Model penal code § 206 annot (1997). Telephone Systems Communique Internet audio-video and Television Surveillance or/as cyber "talking-stalking" Electronic Surveillance 18 USC §§ 2510-2520 Video Camera United States v. Torres 751 F 2d 875 7th Cir (1984) Co-defendant is William Torres. A split sentence, bilingual, divided or seperate trial was conducted w/ public defenders office Robert J. Birney as co-defendants lawyer and Maria L. Schaffer as attorney for petitioner for: "Motion in Limine" and "Rule 11 Motions" "Notice of Direct Appeal." and ineffective assistance of advisory counsel after a "Motion to dismiss counsel" was filed by declarant / appellant / petitioner.

The use of physical force, justifiable not criminal, A.R.S. 13-1006: incapable in an Individual capacity, Justifiable due to eavesdropping and communications in/out of custody ARS. 13-3001: as a parent of a missing child with Cindy Smith and Ambrosia Collier-Smith of Flagstaff Az and East County San Diego Calif. Correctional officers. A.R.S. 13-1003 Conspiracy to promote, engage in conduct constituting the offense.

(3)

1. ARS. 13-403 (1). a parent   ARS. 13-404 self defense
2. ARS. 13-406 third party defense due to kidnapping ARS.
3. 13-1304   ARS. 13-408 property brief ease with country;
4. Western song lyrics valued at 7700.00, San Diego city
5. College application valued at 5000.00 Semester enrollment
6. as a disabled student registration filed as class attendee.
7. miscellaneous items personal effects; priceless and back pack,
8. and damaged purchase of a bicycle value at 50.00 approx.
9.
10. "D & L Auto Collision" at scene of crime with counter-
11. part Insurance Companies with "Health Systems Inc." (a methadone
12. clinic Network), "Behavioral Science Systems, Inc." a out-patient
13. psych counseling group with "Banner Medical Group" a jewish-
14. protestant and ST. Thomas of Aquinas parish or Diocese Inter-
15. active providers of services w/ law enforcement oppressing
16. petitioner in pursuit of justice subjected to duress by Con Rep
17. Agencies of U.S.A. a civil jurisdiction respondent to
18. result in physical serious injuries; intentionally; knowingly; and
19. recklessly; w/ priors; 1989 to 2004, (1982, 1981 ---
20. and 1970? Cancer of females; prisoners mothers in Missouri,
21. Illinois, California, and Arizona) validated :), Medical Malpractice(s).
22.
23. Surveillance of defendant is at: (1) 1726 7th Ave. (2) Rockingham
24. Brentwood Ca. (3) Webster Groves, Mo. Lockwood area - Tom Zovompsky
25. (4) San Diego, Del Mar Ca. (5) Boyle Ave St. Louis Mo. (6) * Florence
26. State Prison. (7). India St. San Diego Downtown Executive Suites
27. (8) Padre Plaza Bldg - Camino del Rio South San Diego Ca. (9) San
28. Jose Bonn & Bonn Attys. (10) Jath Inc. Wilshire Blvd. # subjecting
(4) 29. petitioner to conditions of duress in /out of custody. (Espionage.)

1. (10) And "Synthetic Trips" at 44th and University Ave. $500.00
2. deposited with defendant(s) to result in Legal malpractice
3. due to Conflict of Interest over employee affiliation at
4. Browns Market at De La Vina in Santa Barbara Ca. 1985
5. Oct to Dec.

7. (11) Plaintiff has retroactive federal custody for investigatory issues
8. as to seized property 3054 K. Street I.M.S.
9. deportation illegal aliens rented approx 1984 to 1985
10. seized to 1995  18 U.S.C § Espionage Taliban area
11. businesses liquor store Muslim Iranian 30th & K street.

13. (12) Missing of Simpson C.D. Rom (remake graphic Arts
14. "Ken Karnig Style") as original at associates condo
15. in Del Mar 1996-97 Defendant in adjoining condo on
16. property Officers %'s J. Kowolski, L. Hissong, O. Hayen
17. present 2nd or 3rd day of arraignment for Simpson in
18. Los Angeles Ca.

20. (13) 1989 Medical Malpractice A.M.A. Living will & Testament
21. St. Louis Mo. Jewish Hospital Clayton & Big Bend Rds. w/ Docs.
22. Seminole full blood. 1982-85 approx 5/12/0/w, transmission.

24. (14) Missing exploited child DOB 1990 St. Louis to San Diego
25. to Phoenix ARS 36 339 (C) (B) by defendant.

27. (15) Criminal Infringements: Capital Records by defendant(s) for
28. Keith Urban c/w songs © value $1,000,000.00 Karo Kalin wit status.
29. Allocutions and Admissions by party opponent Fed R Crim P-

1. 32 (c) (3) (c) Statement not subject to cross examination
2. or as explanation for mercy or conduct Victim
3. Allocution. Fed. R. of Evid. 801 (d) (2)
4.
5. Note Criminal Chrono History: Full blood Native American
6. Indian Great Grandmother, murder victim 1950s K.K.K.
7. Mississippi Full blood Grandfather McIc Homicides
8. etc. (Shot and killed perp./suspect in Mississippi)
9. Illinois into. Mother and daughter of petitioner full and ½
10. bloods.
11.
12. 15th Amendment U.S. Const. Reverse Racial Discrimination Evidence.#
13. "St. Thomas of Aquinis churches" w/ K.K.K. Catholic
14. Diocese Parish San Diego + Phoenix 9/04 to 10/04
15. pre-post Tsunami of New Orleans. to E.P.R.D 2-17-10.#
16.
17. Due to lack of, or overburdensome security supervision by
18. Agencies of parole and C.S.O. State and Federal Appellate
19. denials, custody access to programs, community services
20. locally San Diego to Phoenix is/are inadequate, access
21. to attorney, rehabilitation w/ disability § 504 of the Rehab-
22. ilitation Act of 1973 29 USC § 744 (a) Title II of the
23. Americans with Disabilities Act 42 USC § 12131. et seq.
24. Goodman v. Georgia a state prisoner has the right to sue
25. for monetary damages. 8th Amendment cruel & unusual
26. treatment(s). Small housing at Florence denies access to
27. participate in programs soley due to alleged Rule 11 and/or
28. blind right eye w/out safety glasses, found competent by Rule
(6) 29. 11 education, employment disabled appliances glasses denied.

1. Federal Statute: 18 USCA § 1961 (4) [X] 470 Racketeer
2. Influenced and corrupt organizations of 42 USC § 1983
3. civil action = United States v. Turkette 452 U.S. 576
4. 101 Sct 2524 (1981) case law. Organizational Victim:
5. Statute: 18 USC § 18, 18 USC § 3041 (A) State
6. local officer = and Fed. R. Crim. P. 42-4 (a)(b)(2)(11)
7. Where $25,000.00 a month since parole as akea of
8. Malloy, Jackson K86484 from FSP to ASH civil state Hosp.
9. parole to ConRep. 2004 42 USC § 1396 (c) $500.00
10. a day, exceeds $75,000.00 --- --- ---
11. A Federal custody consideration is a colorable claim
12. subject arrer personal injuries in/out of custody
13. pre-post convictions for agg. assault ARS. 13-1204 (F3)
14. Parole Violation ARS 13-3842 (F4) (w/ aka)
15.     Place of arrest Pierce & Grand Ave Phoenix
16. Az. D&L Auto Collision is repeat racketeered
17. crime w/ defendant(s) Oct 1985 D.U.I. San Diego
18. California manslaughter of Jim Globel, injuries of
19. petitioner (passenger). Gamut of/and parties of Association
20. exist as group of people to show pre-meditation and/or
21. pre-conceived conspiracy w/ church group, State officials
22. under "civil supervision" of ConRep Parole & C.S.O.
23. agents. Plaintiff in suit requests a Federal Hospital
24. transfer for validation of competency Fed R. civil p. 35.
25. "Calif civil code of proc § 2032", Deposition: Fed. R. civil P.
26. 30 (b)(6) is needed by ConRep Agencies responsible supervisor
27. Fed. R. of Evid 706. Medical opinion outside of state
28. jurisdiction(s) forthwith to Springfield, Mo. prays petitioner.
(9) 29.   January 14th 2008        James Guy Xxxxx

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Kenneth S. Countryman

2254____ 1983 ✓
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes____
COPIES SENT TO
Court____ Pro Se ✓

FILED
JAN 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
Box 3400
Florence, AZ 85232
K-86989

**ATTORNEYS (IF KNOWN)**

'08 CV 0174 BTM RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question
                                  (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 1/28/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller